# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**KUO CHUAN WANG,**

    Plaintiff,

v.                                No. 13-cv-0925 MV/SMV

**WILLIAM SOMMERS;**
**RICE GARDEN, INC.; and**
**ARBOR INVESTMENTS, INC.;**

    Defendants.

## ORDER GRANTING PLAINTIFF LEAVE
## TO FILE FIRST AMENDED COMPLAINT

THIS MATTER is before the Court on Defendants' Unopposed Motion for Leave to Amend Defendants' Answer [Doc. 24] ("Defendants' Motion"), filed on January 15, 2014, and Plaintiff's Unopposed Motion Requesting Leave to File a First Amended Complaint [Doc. 25] ("Plaintiff's Motion"), filed on January 15, 2014.  The Court, being fully advised in the premises, finds that that Plaintiff's Motion is well-taken and shall be **GRANTED**.  Because the Court grants Plaintiff's Motion, the Court finds that Defendants' Motion is moot and shall be **DENIED.**

    **IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion Requesting Leave to File a First Amended Complaint [Doc. 25] is **GRANTED.** Plaintiff shall file the First Amended Complaint, attached as Exhibit A to Plaintiff's Motion, **by January 23, 2014.**

**IT IS FURTHER ORDERED** that Defendants' Unopposed Motion for Leave to Amend Defendants' Answer [Doc. 24] is **DENIED as moot**.  Defendants shall file an answer to Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(3).

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**