IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KUO CHUAN WANG and CATHY LIN,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　　No. 13-cv-0925 MV/SMV

WILLIAM SOMMERS; RICE GARDEN, INC.;
and ARBOR INVS. MGMT., LLC;

    Defendants.

## ORDER AMENDING CAPTION

THIS MATTER is before the Court *sua sponte*. On January 16, 2014, Plaintiff filed an amended complaint replacing Defendant "Arbor Investments, Inc.," with "Arbor Investments Management, LLC." [Doc. 27].

**IT IS THEREFORE ORDERED** that the caption is amended to reflect the proper name of Defendant **Arbor Investments Management, LLC**, rather than the incorrect name, Arbor Investments, Inc. *See* [Docs. 3, 27].

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**