IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KUO CHUAN WANG and CATHY LIN,

    Plaintiffs,

v.                                                           No. 13-cv-0925 MV/SMV

WILLIAM SOMMERS; RICE GARDEN, INC.;
and ARBOR INVS. MGMT., LLC;

    Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING
## AND STATUS CONFERENCE

**Date and time**:      April 21, 2014, at 11:30 a.m.

**Matter to be heard**:   Plaintiffs' Motion for Protective Order and Continuance [Doc. 39] and Status Conference

**IT IS ORDERED** that a telephonic hearing on the pending discovery motion [Doc. 39] is hereby set for **April 21, 2014, at 11:30 a.m.** Parties shall additionally be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing. Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**, to connect to the proceedings.

The telephonic status conference set for April 28, 2014, is hereby **VACATED**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**