IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

KUO CHUAN WANG

      Plaintiffs,

v.                                                       Case No.13- CV-00925-MV-SMV

WILLIAM SOMMERS, RICE GARDEN, INC.,
AND ARBOR INVESTMENTS, INC.,

      Defendants.

## ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

THIS MATTER having come before the Court for telephonic hearing on April 21, 2014, on Plaintiff's Motion for Protective Order, the parties having appeared through respective counsel of record, the Court being advised in the premises finds as follows:

1.     Plaintiff has failed to establish extreme hardship, undue burden or undue expense arising out of the taking of his deposition in Albuquerque, New Mexico.

2.     Good cause has not been shown for a protective order.

WHEREFORE, Plaintiff's Motion for Protective Order is hereby denied. Defendants may proceed to take Plaintiff's deposition in Albuquerque, New Mexico.

                                                     _____
                                                     U.S. MAGISTRATE JUDGE

SUBMITTED BY:

JACKSON LEWIS P.C.

By:____/s/_____
      Ira Bolnick

4300 San Mateo Blvd. N.E., Suite B-260
Albuquerque, New Mexico  87110
Tel:  (505) 878-0515
Fax: (505) 878-0398
ATTORNEYS FOR RICE GARDEN INC AND
WILLIAM SOMMERS


By:  Approved via e-mail
         Rachel Cowen
DLA Piper, LLP
401 B. Street Suite 1700
San Diego, CA  92101-4297
T:  (619)-699-3402
F:  (619) 764-6702
Kevin.harlow@diapiper.com
ATTORNEY FOR DEFENDANT
ARBOR INVESTMENTS


APPROVED:

By:    Approved via e-mail
         R. Michael Hughes
Benjamin Silva, Jr.
Silva & Gonzales, P.C.
P.O. Box 100
Albuquerque, NM 87103-0100
T:  (505) 246-8300
F:  (505) 246-0707
mhughes@silvalaw-firm.com
ATTORNEYS FOR PLAINTIFF


4818-2130-3578, v.  1