## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

KUO CHUAN WANG and CATHY LIN,

    Plaintiffs,

v.                                           No. 13-cv-0925 MV/SMV

WILLIAM SOMMERS; RICE GARDEN, INC.;
and ARBOR INVS. MGMT., LLC;

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    November 25, 2014, at 10:30 a.m.

**Matter to be heard**:  Plaintiffs' Motion to Compel [Doc. 62]

    **IT IS ORDERED** that a telephonic hearing on Plaintiffs' Motion to Compel [Doc. 62] is hereby set for **November 25, 2014, at 10:30 a.m.** Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**, to connect to the proceedings.

    **IT IS SO ORDERED.**

                                            _____
                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**