IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

KUO CHUAN WANG and CATHY LIN
Individually and on behalf of their minor children
DAVIS WANG and NATHAN WANG

      Plaintiffs,

v.                              Case No.13- CV-00925-MV-SMV

WILLIAM SOMMERS, RICE GARDEN, INC.,
AND ARBOR INVESTMENTS, INC.,

      Defendants

### ORDER DENYING PLAINTIFFS' MOTION TO COMPEL

This matter having come before the Court for telephonic hearing on November 25, 2014 regarding Plaintiffs' Motion to Compel (Doc. 62, filed 08/25/14), the Court being advised in the premises finds that said Motion is not well taken.

WHEREFORE, Plaintiffs' Motion to Compel shall be and hereby is denied.

_____
STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE

SUBMITTED BY:

JACKSON LEWIS P.C.


By: */s/Ira Bolnick*
      Ira Bolnick
4300 San Mateo Blvd. N.E., Suite B-260
Albuquerque, New Mexico  87110
Tel:  (505) 878-0515
Fax: (505) 878-0398
***ATTORNEYS FOR RICE GARDEN INC AND WILLIAM SOMMERS***

APPROVED AS TO FORM:


By:  *Approved Via-Email 12/09/2014*
      Kevin Harlow
DLA Piper, LLP
401 B. Street Suite 1700
San Diego, CA  92101-4297
T:  (619) 699-3402
F:  (619) 764-6702
rachel.cohen@diapiper.com
***ATTORNEY FOR DEFENDANT ARBOR INVESTMENTS***


By:  *Approved Via-Email 12/09/2014*
      R. Michael Hughes
      Benjamin Silva, Jr.
Silva & Gonzales, P.C.
P.O. Box 100
Albuquerque, NM 87103-0100
T:  (505) 246-8300
F:  (505) 246-0707
mhughes@silvalaw-firm.com
***ATTORNEYS FOR PLAINTIFF***