IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KUO CHUAN WANG and CATHY LIN,

    Plaintiffs,

v.                                                                     No. 13-cv-0925 MV/SMV

WILLIAM SOMMERS; RICE GARDEN, INC.;
and ARBOR INVS. MGMT., LLC;

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

Defense counsel has notified the Court that the parties have reached a settlement in this case.  **IT IS THEREFORE ORDERED** that closing documents be filed no later than **June 30, 2015**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                                     **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**